USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARL ROOT,

                Plaintiff,

     -against-

JARED LOUCKS, et al.,

                Defendants.
-------------------------------------------------------------X

19 CIVIL 3093 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 20, 2021, Defendants' motion for summary judgment is GRANTED and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        August 23, 2021

                                          RUBY J. KRAJICK
                                             Clerk of Court
                       BY:
                                              Deputy Clerk